ACCEPTED
01-14-00482-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/23/2015 3:28:15 PM
CHRISTOPHER PRINI
CLERK

# NO. 01-14-00482-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/23/2015 3:28:15 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT OF TEXAS

RSL-3B-IL, LTD.

v.

THE PRUDENTIAL INSURANCE CO. OF AMERICA, ET AL.

ON APPEAL FROM THE 269TH JUDICIAL
DISTRICT COURT OF HARRIS COUNTY, TEXAS

**RSL-3B-IL, LTD.'S UNOPPOSED SECOND MOTION
TO EXTEND TIME TO FILE REPLY BRIEF OF APPELLANT**

E. John Gorman
State Bar No. 08217560
jgorman@feldlaw.com
John R. Craddock
State Bar No. 04969800
jcraddock@feldlaw.com
THE FELDMAN LAW FIRM LLP
Two Post Oak Central
1980 Post Oak Boulevard, Ste. 1900
Houston, TX 77056-3877
Telephone: (713) 850-0700
Facsimile: (713) 850-8530

**COUNSEL FOR APPELLANT
RSL-3B-IL, LTD.**

MAY IT PLEASE THE COURT:

Appellant RSL-3B-IL, Ltd. ("RSL-3B") moves the Court for another 20-day extension of time to file its reply brief due to the illness of its counsel. *See* TEX. R. APP. P. 10.5(b), 38.6(d). The extended deadline of Monday, March 16, 2015 will roll over from a weekend due date. *Id.* 4.1(a). A serious medical condition suffices as a "reasonable explanation" to support this second request for extending the deadline for filing the reply brief of appellant in this ordinary appeal.

1. On February 3, 2015, the Court extended the deadline for RSL-3B to file its reply brief to Monday, February 23, 2015. *See* TEX. R. APP. P. 10.5(b)(1)(A), 38.6(a). In the interim, counsel for RSL-3B, E. John Gorman, fell seriously ill from an infection in his lower left leg (cellulitis). Doctors also suspected a blood clot. Mr. Gorman's medical condition required a trip to the emergency room, two ultrasound tests, heavy doses of antibiotics, and multiple visits with his physician.

2. RSL-3B respectfully requests more time to file its reply brief because of these extenuating circumstances. Mr. Gorman has missed the last two weeks of work, thereby eating up most of the previous extension. Nor can Mr. Gorman work extended hours at this point in his recovery. Rule 38.6(d) authorizes RSL-3B to move for an extension "before or after the date the brief is due." *See* TEX. R. APP. P. 38.6(d). RSL-3B is in turn meeting this time frame.

3. This series of events represents a "mischance" that plausibly states circumstances justifying an extension. *Cf. Hone v. Hanafin*, 104 S.W.3d 884, 886 (Tex. 2003) (per curiam). Mr. Gorman's illness reasonably explains the need for more time. As such, RSL-3B neither deliberately nor intentionally caused any delay in the current briefing schedule. *See id.*

4. Under Rule 10's "liberal standard" for extensions, RSL-3B has carried its burden as the movant in reasonably explaining the basis for relief. *Id.* at 886-87; *see* TEX. R. APP. P. 10.5(b)(1)(c). According to the supreme court, "any conduct short of deliberate or intentional noncompliance qualifies as inadvertence, mistake, or mischance." *Hone*, 104 S.W.3d at 886-87. The facts recited by this motion clear this low hurdle.

5. The Court should construe the procedural rules liberally and follow the prevailing rule in Texas that calls for reaching and deciding the merits of this appeal. *See Republic Underwriters Ins. Co. v. Mex-Tex, Inc.*, 150 S.W.3d 423, 427 (Tex. 2004).

6. As the certificate of conference verifies, neither of the appellees that filed a brief opposes the relief sought by this motion. The facts giving rise to RSL-3B's second request for an extension as to the reply brief fall within its appellate counsel's personal knowledge. *See* TEX. R. APP. P. 10.2(c).

RSL-3B prays the Court will grant the relief requested by this motion and extend the time to file the reply brief of appellant to Monday, March 16, 2015.

Respectfully submitted,

/s/ *E. John Gorman*
E. John Gorman
State Bar No. 08217560
jgorman@feldlaw.com
John R. Craddock
State Bar No. 04969800
jcraddock@feldlaw.com
THE FELDMAN LAW FIRM LLP
Two Post Oak Central
1980 Post Oak Boulevard, Ste. 1900
Houston, TX 77056-3877
(713) 850-0700
(713) 850-8530 (fax)

**COUNSEL FOR APPELLANT
RSL-3B-IL, LTD.**

## CERTIFICATE OF CONFERENCE

I certify contacting counsel for all of the appellees, Stephen Harris, by email on Monday, February 23, 2015, about the relief sought by this motion, which his clients do not oppose.

/s/ *E. John Gorman*
E. John Gorman

# CERTIFICATE OF SERVICE

I certify delivering a true and correct copy of this second motion for extension as to the reply brief to all counsel of record on February 23, 2015, in compliance with Texas Rule of Appellate Procedure 9.5:

Patrick Larkin
THE LARKIN LAW FIRM PC
11200 Broadway Street, Suite 2705
Pearland, Texas  77584

Stephen R. Harris
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania  19103

*Counsel For The Prudential Appellees*

Earl Nesbitt
NESBITT, VASSAR & MCCOWN, LLP
15851 Dallas Parkway, Suite 800
Addison, Texas  75001

*Counsel for Settlement Capital Corporation*

/s/ E. John Gorman
E. John Gorman